IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BOBBY LEE FOSTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                        CASE NO. 1D16-0173

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed May 3, 2016.

An appeal from an order of the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Bobby Lee Foster, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, CJ., LEWIS and RAY, JJ., CONCUR.